# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership, and DIXIE CONSUMER PRODUCTS LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. HINDMAN and DONALD D. HINDMAN,<br><br>　　　　　　Defendants. | No. 10-cv-01642<br>Judge Suzanne B. Conlon |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs, Georgia-Pacific Consumer Products LP ("GP") and Dixie Consumer Products LLC ("Dixie") (collectively referred to herein as the "Plaintiffs"), by their undersigned counsel, submit the following Agreed Motion for Entry of Consent Judgment. In further support of the motion, Plaintiffs state as follows:

1. On March 12, 2010, Plaintiffs filed the instant action seeking payment of the monies owed by Defendants pursuant to the guaranty agreement. [DE 1].

2. On May 12, 2010, Plaintiffs filed their Motion for Summary Judgment [DE 15], and Defendants responded on June 1, 2010. [DE 18].

3. The parties have since come to an agreement whereby a consent judgment will be entered against Donald J. Hindman, and Donald D. Hindman will be dismissed from this matter with prejudice. The terms of said agreement are set forth in the proposed Order for Consent Judgment attached hereto as Exhibit A.

Wherefore, Plaintiffs, Georgia-Pacific Consumer Products LP and Dixie Consumer Products LLC and Defendants Donald J. Hindman and Donald D. Hindman respectfully request that this Court enter the Consent Judgment attached hereto.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: s/Ryan C. Williams
Attorney for Plaintiffs

Michael H. Traison
Cara M. Houck
Ryan C. Williams
Miller, Canfield, Paddock and Stone, P.L.C.
225 West Washington Street
Suite 2600
Chicago, Illinois 60606
(312) 460-4200